IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NEAL DONNER on behalf of J.D., J.D. III and L.D.,
minor children, on behalf of James Donner (deceased),

    Plaintiff,       JUDGMENT IN A CIVIL CASE
 v.
                 Case No. 12-cv-507-wmc
CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Neal Donner attorney fees in the amount of $11,700.00 and costs in the amount of $367.85 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


  s/ A. Wiseman, Deputy Clerk       6/10/2016
  Peter Oppeneer, Clerk of Court       Date